# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan James Bone, | No. CV-17-02846-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| Arizona Department of Corrections, et al., | |
| Respondents. | |

Before the Court is Petitioner Jonathan James Bone's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and United States Magistrate Judge John Z. Boyle's Report and Recommendation ("R&R"). (Docs. 1, 18.) The R&R recommends that the Court deny the Petition and dismiss with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Petitioner did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the Petition and dismiss with prejudice. *See* 28 U.S.C. § 636(b)(1)

(stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Boyle's R&R (Doc. 18) is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1.) is **DISMISSED** with prejudice. The Clerk of the Court shall terminate this case.

Dated this 31st day of July, 2018.

Douglas L. Rayes
United States District Judge